AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| WIDOWS SONS GRAND CHAPTER OF THE KING'S GUARD INC.; and THE ALLIANCE WINDOW SONS MRA WORLDWIDE, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>CARL DAVENPORT<br><br>*Defendant(s)* | Civil Action No.  17-cv-6701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　Mr. Carl Davenport
　　9 Aster Place
　　Newcastle Upon Tyne
　　NE4 9SE
　　United Kingdom

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Kloss, Stenger & LoTempio
　　Vincent G. LoTempio, Esq.
　　Philip B. Abramowitz, Esq.
　　9545 Main Street
　　Clarence, New York 14031

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/11/17

*Signature of Clerk or Deputy Clerk*